IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RHINO SERVICES, LLC,** *Petitioner,* <br><br> v. <br><br> **DEANGELO CONTRACTING SERVICES, LLC,** *Respondent.* | **CIVIL ACTION** <br><br> **NO. 21-3840** |

## ORDER

**AND NOW**, this 10th day of August, upon review of the Petition to Vacate the Arbitration Award (ECF No. 1), Respondent's Cross-Petition to Confirm the Arbitration Award (ECF No. 7), and all submissions related thereto, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. The Petition to Vacate the Arbitration Award (ECF No. 1) is **DENIED**,

2. Respondent's Cross-Petition (ECF No. 7) is **GRANTED in part** as follows:

    a. The Court confirms the Arbitration Award,

    b. The Court awards post-award, pre-judgment interest to be calculated according to the rate specified in 41 P.S. § 202 from the date of the award to the date of this Order, and

    c. The Court awards post-judgment interest to be calculated according to the rate specified in 28 U.S.C. § 1961 from the date of this judgment until the date of payment.

3. The Cross-Petition is **DENIED in part** with respect to the handover of the truck.

4. The Clerk of Court shall **CLOSE** the case.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

_____
**MICHAEL M. BAYLSON, U.S.D.J.**